

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-6-1999

# Greenleaf v. Garlock, Inc.

Precedential or Non-Precedential:

Docket 97-1820

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Greenleaf v. Garlock, Inc." (1999). *1999 Decisions.* Paper 116.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/116

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


NOS. 97-1820 and 97-1821


CHARLES GREENLEAF, JR., ALTERNATE EXECUTOR OF THE
ESTATE OF CHARLES GREENLEAF, SR., DECEASED;
NAOMI GREENLEAF, IN HER OWN RIGHT

v.

GARLOCK, INC.; FIBREBOARD CORPORATION; CELOTEX CORPORATION; OWENS
CORNING FIBERGLAS CORP.; OWENS-ILLINOIS GLASS CO.;
EAGLE-PICHER INDUSTRIES, INC.; JOHN CRANE-HOUDAILLE, INC.;
A.W. CHESTERTON; SEPCO CORP.; UNIROYAL, INC.;

OWENS CORNING FIBERGLAS CORP.;
OWENS-ILLINOIS GLASS CO.
Third-Party Plaintiffs

v.

HOPEMAN BROTHERS, INC.; COMBUSTION ENGINEERING, INC.;
ANCHOR PACKING CO., INC.; ARMSTRONG WORLD INDUSTRIES, INC.; GREEN TWEED &
CO., INC.; MELRATH GASKET COMPANY, INC.;
MELRATH BASKET HOLDING CO., INC.; PARS MANUFACTURING CO.,
Third-Party Defendants

Owens Corning, Appellant,
No. 97-1820


CHARLES GREENLEAF, JR., ALTERNATE EXECUTOR OF THE
ESTATE OF CHARLES GREENLEAF, SR., DECEASED;
NAOMI GREENLEAF, IN HER OWN RIGHT

v.

GARLOCK, INC.; FIBREBOARD CORPORATION; CELOTEX CORPORATION; OWENS
CORNING FIBERGLAS CORP.; OWENS-ILLINOIS GLASS CO.;
EAGLE-PICHER INDUSTRIES, INC.; JOHN CRANE-HOUDAILLE, INC.;
A.W. CHESTERTON; SEPCO CORP.; UNIROYAL, INC.;

OWENS CORNING FIBERGLAS CORP.;
OWENS-ILLINOIS GLASS CO.
Third-Party Plaintiffs

v.

HOPEMAN BROTHERS, INC.; COMBUSTION ENGINEERING, INC.;
ANCHOR PACKING CO., INC.; ARMSTRONG WORLD INDUSTRIES, INC.; GREEN TWEED &

CO., INC.; MELRATH GASKET COMPANY, INC.; MELRATH BASKET HOLDING CO., INC.;
                    PARS MANUFACTURING CO.,
                    Third-Party Defendants

                                        Garlock, Inc., Appellant,
                                        No. 97-1821


        The following modifications have been made to the Court's
opinion issued on April 26,
1999, in the above-entitled appeal and will appear as part of the final
version of the opinion:

        1.  Page 8, lines 21 and 30 - remove the bold on Restatement
(Second) of Judgments.

        2.  Page  10, fn. 5, lines 5 and 6 - remove the bold on Wright
et al., Federal Practice and
Procedure.

        3.  Page 11, lines 15 and 30 - remove the bold on Restatement
(Second) of Judgments.

        4.  Page 13, fn. 6, lines 4 and 5 -  remove the bold on Wright
et al., Federal Practice and
Procedure.

        5.  Page 21, lines 8 and 9 - remove the bold on Wright & Miller,
Federal Practice &
Procedure.

        6.  Page 21, line 32, and fn. 11, line 5 - remove the bold on
Wright & Miller.




                        /s/ P. Douglas Sisk,, Clerk




Date: May 6, 1999